IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-CR-00340-FDW-SCR

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MICHAEL ROMARIS HARP, II, ) | **ORDER** |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| WRIGHT OF NORTH CAROLINA, ) | |
| Garnishee. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's Motion for Dismissal of Writ of Continuing Garnishment (Doc. No. 16) filed on November 27, 2024. For the reasons stated therein and for good cause shown, the Government's motion is **GRANTED**. The Writ of Continuing Garnishment (Doc. No. 6) filed on April 29, 2021, is **DISMISSED**.

**SO ORDERED**.

Signed: November 27, 2024

_____
Susan C. Rodriguez
United States Magistrate Judge

1